| | |
|---|---|
| **SAUL PERLOFF** (CBN 157092)<br>saul.perloff@nortonrosefulbright.com<br>**NORTON ROSE FULBRIGHT US LLP**<br>300 Convent Street, Suite 2100<br>San Antonio, Texas  78205-3792<br>Tel.    (210) 224-5575<br>Fax    (210) 270-7205<br><br>**Attorneys for Plaintiff**<br>**ALFASIGMA USA, INC.** | **THOMAS R. BURKE** (CBN 141930)<br>thomasburke@dwt.com<br>**DAVIS WRIGHT TREMAINE LLP**<br>505 Montgomery Street, Suite 800<br>San Francisco, California 94111-6533<br>Tel.    (415) 276-6500<br>Fax    (415) 276-6599<br><br>**RAVI V. SITWALA** (*pro hac vice*)<br>rsitwala@hearst.com<br>**SARAH S. PARK** (*pro hac vice*)<br>sara.park@hearst.com<br>**THE HEARST CORPORATION**<br>300 West 57th Street<br>New York, New York 10019-3792<br>Tel.    (212) 841-7000<br>Fax    (212) 554-7000<br><br>**Attorneys for Defendant**<br>**FIRST DATABANK, INC.** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALFASIGMA USA, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>FIRST DATABANK, INC., a Missouri corporation,<br><br>        Defendant. | Case No. 4:18-cv-06924-HSG<br><br>District Judge Haywood S. Gilliam, Jr.<br><br>**STIPULATION EXTENDING TIME FOR PLAINTIFF ALFASIGMA USA, INC. TO RESPOND TO DEFENDANT'S SPECIAL MOTION TO STRIKE, MOTION TO DISMISS, AND MOTION TO STRIKE**; ORDER<br><br>Complaint Filed:     November 15, 2018<br>Case Mgmt. Conf.:  February 19, 2019<br>                                  2:00 p.m.<br>Motion Hearing:     March 28, 2019<br>                                  2:00 p.m.<br>                                  Courtroom 2, 4th Floor |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Civil Local Rule 6-2(a), who through their undersigned counsel respectfully request the Court to enlarge the time for Plaintiff Alfasigma, Inc. to respond to Defendant First DataBank, Inc.'s Special Motion to Strike, Motion to Dismiss, and Motion to Strike (Dkt. No. 18) by twenty-eight (28) days to and including February 1, 2019.  The parties declare in support of

DOCUMENT PREPARED ON RECYCLED PAPER

this request:

WHEREAS, on November 15, 2018, Plaintiff Alfasigma USA, Inc. ("Plaintiff" or "Alfasigma") filed its Original Complaint (Dkt. No. 1) with Jury Demand against Defendant First Databank, Inc. ("Defendant" or "First Databank").

WHEREAS, on December 11, 2018, Alfasigma and First Databank (together, the "Parties") stipulated that the time for Defendant to file its answer or otherwise respond to Plaintiff's Complaint was extended nine (9) days to and including December 21, 2017. Dkt. No. 14.

WHEREAS, on December 21, 2018, Defendant filed its Special Motion to Strike, Motion to Dismiss, and Motion to Strike ("Motion to Strike"). Dkt. No. 18.

WHEREAS, Pursuant to Local Rule 7-3(a), Plaintiff's response to the Motion to Strike is due within fourteen (14) days after the motion was filed. Plaintiff's response to the Motion to Strike is currently due on January 4, 2019.

IT IS SO STIPULATED AND AGREED, subject to Court approval, that Plaintiff's response to the Motion to Strike shall be filed on or before February 1, 2018.

Dated: January 2, 2019          NORTON ROSE FULBRIGHT US LLP

                                By: */s/Saul Perloff*
                                    **Saul Perloff**

                                Attorneys for Plaintiff
                                ALFASIGMA USA, INC.


Dated: January 2, 2019          THE HEARST CORPORATION

                                By: */s/Ravi Sitwala*

                                Attorneys for Defendant
                                FIRST DATABANK, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/2/2019

Honorable Haywood S. Gilliam, Jr.
United States District Court Judge