THOMAS R. BURKE (SBN 141930)
thomasburke@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

RAVI V. SITWALA (pro hac vice)
rsitwala@hearst.com
SARAH S. PARK (pro hac vice)
Sarah.Park@hearst.com
NATHANIEL S. BOYER (pro hac vice)
Nathaniel.boyer@hearst.com
**THE HEARST CORPORATION**
300 West 57th Street
New York, New York 10019-3792
Telephone: (212) 841-7000
Facsimile: (212) 554-7000

Attorneys for Defendant
FIRST DATABANK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFASIGMA USA, INC.<br><br>Plaintiff,<br><br>vs.<br><br>FIRST DATABANK, INC.,<br><br>Defendant. | Case No. 4:18-cv-06924-HSG<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT FIRST DATABANK, INC. TO REPLY TO PLAINTIFF ALFASIGMA USA, INC.'S OPPOSITION TO DEFENDANT'S SPECIAL MOTION TO STRIKE, MOTION TO DISMISS, AND MOTION TO STRIKE**<br><br>DATE: March 28, 2019<br>TIME: 2:00pm<br>PLACE: Courtroom 2, 4th Floor |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Local Rule 6-2(a), who through their undersigned counsel respectfully request the Court to enlarge the time for Defendant First Databank, Inc. ("First Databank") to reply to Plaintiff Alfasigma USA, Inc. ("Plaintiff")'s Opposition to Defendant's Special Motion

to Strike, Motion to Dismiss, and Motion to Strike (ECF No. 26) by fourteen (14) days, up to and including February 22, 2019. The parties declare in support of this request:

WHEREAS, on November 15, 2018, Plaintiff filed its Complaint (ECF No. 1).

WHEREAS, on December 11, 2018, Plaintiff and First Databank stipulated that the time for First Databank to file its answer or otherwise respond to Plaintiff's Complaint was extended from December 12, 2018 to December 21, 2018 (ECF No. 14).

WHEREAS, on January 2, 2019, Plaintiff filed a Stipulation and Declaration Extending Time for Plaintiff to Respond to First Databank's Motion to Strike from January 4, 2019 to February 1, 2019 (ECF No. 19), which was so-ordered by the Court (ECF No. 20).

WHEREAS, Plaintiff filed its Opposition to First Databank's Motion to Strike on February 1, 2019 (ECF No. 26).

WHEREAS, pursuant to Local Rule 7-3(c), First Databank's reply to Plaintiff's Opposition to the Motion to Strike is due within seven (7) days after the opposition was filed. First Databank's reply is currently due on February 8, 2019.

IT IS SO STIPULATED AND AGREED, subject to Court approval, that First Databank's reply to Plaintiff's Opposition to the Motion to Strike shall be filed on or before February 22, 2019.

DATED: February 5, 2019

Respectfully submitted,
DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE

THE HEARST CORPORATION
RAVI V. SITWALA (pro hac vice)
SARAH S. PARK (pro hac vice)
NATHANIEL S. BOYER (pro hac vice)

By:    /s/ Ravi V. Sitwala
        Ravi V. Sitwala

*Attorneys for Defendant First Databank, Inc.*

DATED: February 5, 2019         Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP
SAUL H. PERLOFF

By:     /s/ Saul H. Perloff
        Saul H. Perloff

*Attorneys for Alfasigma USA, Inc.*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated: February 4, 2019

By:     /s/ Ravi V. Sitwala
        Ravi V. Sitwala

*Attorney for Defendant First Databank, Inc.*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 5, 2019

Hon. Haywood S. Gilliam, Jr.
U.S. District Judge