THOMAS R. BURKE (State Bar No. 141930)
  thomasburke@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:  (415) 276-6500
Facsimile:     (415) 276-6599

RAVI V. SITWALA (pro hac vice)
  rsitwala@hearst.com
SARAH S. PARK (pro hac vice)
  Sarah.Park@hearst.com
**THE HEARST CORPORATION**
300 West 57th Street
New York, New York 10019-3792
Telephone: (212) 841-7000
Facsimile:  (212) 554-7000

Attorneys for Defendant
FIRST DATABANK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ALFASIGMA USA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FIRST DATABANK, INC., <br><br> Defendant. | Case No. 4:18-cv-06924-HSG <br><br> **ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Before the Court is an administrative motion, pursuant to Local Rules 16-2 & 7, to continue the Case Management Conference, presently set for February 19, 2019, to **March 28, 2019**, the date currently set for oral argument on Defendant's pending Special Motion to Strike, Motion to Dismiss, and Motion to Strike, or as soon thereafter as the parties may be heard.

Having considered the papers submitted in support of and in opposition to the motion, and the arguments of counsel, the Court hereby continues the February 19, 2019 Case Management Conference, to March 28, 2019 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: <u>February 12, 2019</u>

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE