| | |
|---|---|
| **SAUL PERLOFF** (CBN 157092)<br>saul.perloff@nortonrosefulbright.com<br>**NORTON ROSE FULBRIGHT US LLP**<br>300 Convent Street, Suite 2100<br>San Antonio, Texas 78205-3792<br>Tel. (210) 224-5575<br>Fax (210) 270-7205<br><br>**Attorneys for Plaintiff**<br>**ALFASIGMA USA, INC.** | **THOMAS R. BURKE** (CBN 141930)<br>thomasburke@dwt.com<br>**DAVIS WRIGHT TREMAINE LLP**<br>505 Montgomery Street, Suite 800<br>San Francisco, California 94111-6533<br>Tel. (415) 276-6500<br>Fax (415) 276-6599<br><br>**RAVI V. SITWALA** (*pro hac vice*)<br>rsitwala@hearst.com<br>**SARAH S. PARK** (*pro hac vice*)<br>sara.park@hearst.com<br>**THE HEARST CORPORATION**<br>300 West 57th Street<br>New York, New York 10019-3792<br>Tel. (212) 841-7000<br>Fax (212) 554-7000<br><br>**Attorneys for Defendant**<br>**FIRST DATABANK, INC.** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALFASIGMA USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST DATABANK, INC., a Missouri corporation,<br><br>Defendant. | Case No. 4:18-cv-06924-HSG<br><br>District Judge Haywood S. Gilliam, Jr.<br><br>**ORDER ON JOINT MOTION FOR BRIEF CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: November 15, 2018<br>Case Mgmt. Conf.: September 17, 2019<br>2:00 p.m. |

Before the Court is a joint motion, pursuant to Local Rules 16-2(d) & 7, to continue the Case Management Conference currently scheduled for September 17, 2019 at 2:00 p.m. to October 15, 2019, or as soon thereafter as the parties may be heard.

Having considered the papers submitted in support of the motion, the Court hereby continues the September 17, 2019 Case Management Conference to October 15, 2019 at 2:00 p.m.

Dated: 8/28/2019

_____
Honorable Hayward S. Gilliam, Jr.
United States District Judge