| | |
|---|---|
| **Saul Perloff** (CBN 157092) <br> saul.perloff@nortonrosefulbright.com <br> **NORTON ROSE FULBRIGHT US LLP** <br> Frost Tower <br> 111 W. Houston Street, Suite 1800 <br> San Antonio, Texas 78205-3792 <br> Tel. (210) 224-5575 <br> Fax (210) 270-7205 <br><br> **Attorneys for Plaintiff** <br> **ALFASIGMA USA, INC.** | **Thomas R. Burke** (CBN 141930) <br> thomasburke@dwt.com <br> **DAVIS WRIGHT TREMAINE LLP** <br> 505 Montgomery Street, Suite 800 <br> San Francisco, California 94111-65434 <br> Tel. (415) 276-6500 <br> Fax (415) 276-6599 <br><br> **Ravi V. Sitawala** (*Pro Hac Vice*) <br> rsitawala@hearst.com <br> **Sarah S. Park** (Pro Hac Vice) <br> sarah.park@hearst.com <br> **THE HEARST CORPORATION** <br> 300 West 57th Street <br> New York, New York 10019-3792 <br> Tel. (212) 841-7000 <br> Fax (212) 554-7000 <br><br> **Attorneys for Defendant,** <br> **FIRST DATABANK, INC.** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFASIGMA USA, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri corporation, <br><br> Defendant. | Case No. 4:18-cv-06924 <br><br> District Judge Haywood S. Gilliam, Jr. <br><br> **STIPULATION EXTENDING TIME FOR PLAINTIFF ALFASIGMA USA, INC. TO RESPOND TO DEFENDANT'S SPECIAL MOTION TO STRIKE, MOTION TO DISMISS AND ORDER** <br><br> Complaint Filed: November 15, 2018 <br><br> Case Mgmt. Conf.: November 12, 2019 <br> Time: 2:00 p.m. <br> Place: Courtroom 2, 4th Floor <br><br> Hearing Date: February 13, 2020 <br> Time: 2:00 p.m. <br> Place: Courtroom 2, 4th Floor |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Civil Local Rule 6-2(a), through their undersigned counsel hereby stipulate and respectfully request the Court to enlarge the time for Plaintiff Alfasigma USA, Inc. to respond to

PAGE 1

DOCUMENT PREPARED ON RECYCLED PAPER

Defendant First Databank, Inc.'s Special Motion to Strike, Motion to Dismiss (Dkt. No. 48) by 14 days to and including October 24, 2019. The parties declare in support of this request:

WHEREAS, on November 15, 2018, Plaintiff Alfasigma USA, Inc. ("Plaintiff" or "Alfasigma") filed its Original Complaint (Dkt. No. 1) with Jury Demand against Defendant First Databank, Inc. ("Defendant" or "First Databank").

WHEREAS, on December 21, 2018, First Databank filed its (first) Special Motion to Strike, Motion to Dismiss, and Motion to Strike ("Motion to Dismiss") (Dkt. No. 18).

WHEREAS, on January 2, 2019, Alfasigma and First Databank (together, the "Parties") stipulated that the time for Plaintiff to file its response to Defendant's Motion to Dismiss was extended twenty-eight (28) days to and including February 1, 2019. Dkt. No. 19.

WHEREAS, on February 1, 2019, Plaintiff filed its response to Defendant's Motion to Dismiss. Dkt. No. 26.

WHEREAS, on August 2, 2019, the Court entered its order denying Defendant's Special Motion to Strike and Motion to Strike, and granting in part and denying in part Defendant's Motion to Dismiss. Dkt. No. 41.

WHEREAS, on August 14, 2019, the Parties stipulated that First Databank may file an answer to the complaint up to and including August 28, 2019. Dkt. No. 42.

WHEREAS, on August 29, 2019, Alfasigma filed its First Amended Complaint. Dkt. No. 46.

WHEREAS, on September 26, 2019, First Databank filed its Special Motion to Strike and Motion to Dismiss Plaintiffs' Amended Complaint. Dkt. No. 48. Pursuant to Local Rule 7-3(a), Plaintiff's response to the motion is due within fourteen (14) days after service. Plaintiff's response to the motion is currently due on October 10, 2019.

IT IS SO STIPULATED AND AGREED, subject to Court approval, that Plaintiff's response to Defendant's Special Motion to Strike, Motion to Dismiss shall be filed on or before October 24, 2019.

Dated: October 8, 2019         NORTON ROSE FULBRIGHT US LLP


                               By: /s/ *Saul Perloff*
                                   **Saul Perloff**

                               Attorneys for Plaintiff
                               ALFASIGMA USA, INC.


Dated: October 8, 2019         THE HEARST CORPORATION


                               By: /s/ *Ravi Sitwala*
                                   **Ravi Sitwala**

                               Attorneys for Defendant
                               FIRST DATABANK, INC.


## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/9/2019               _____
                               Honorable Haywood S. Gilliam, Jr.
                               United States District Judge

DOCUMENT PREPARED ON RECYCLED PAPER

PAGE 3     STIPULATION EXTENDING TIME FOR PLAINTIFF ALFASIGMA USA, INC. TO RESPOND TO DEFENDANT'S SPECIAL MOTION TO STRIKE, MOTION TO DISMISS