# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Alfasigma USA, Inc.

                    Plaintiff(s),

    v.

First Databank, Inc.

                    Defendant(s).

Case No: 18cv6924-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**

(CIVIL LOCAL RULE 11-3)

I, Katharyn Grant, an active member in good standing of the bar of Western District of Texas, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Plaintiff Alfasigma USA, Inc. in the above-entitled action. My local co-counsel in this case is Jeffrey B. Margulies, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Co-counsel's California State Bar Number is: 126002

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 111 W. Houston Street, Suite 1800<br>San Antonio, Texas 78205 | 555 South Flower Street, Forty-First Floor<br>Los Angeles, California 90071 |
| MY TELEPHONE # OF RECORD:<br>(210) 270-7182 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 892-9200 |
| MY EMAIL ADDRESS OF RECORD:<br>katharyn.grant@nortonrosefulbright.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jeff.margulies@nortonrosefulbright.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24050683.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/03/2019

                                  Katharyn Grant

                                  APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Katharyn Grant is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/5/2019

                                  *Haywood S. Gill Jr.*

                        UNITED STATES DISTRICT JUDGE *October 2019*

# Certificate of Good Standing

## United States District Court
## Western District of Texas

I, JEANNETTE J. CLACK, Clerk of the United States District Court, Western District of Texas, DO HEREBY CERTIFY that KATHARYN ANN ALBRIGHT GRANT, Bar #2405683, was duly admitted to practice in said Court on September 27, 2006, and is in good standing as a member of the bar of said Court.

Signed at San Antonio, Texas on December 2, 2019.

JEANNETTE J. CLACK, Clerk

BY: _Jenisita Ann Rodriguez_

