# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alfasigma USA, Inc. <br><br> Plaintiff(s), <br><br> v. <br><br> First Databank, Inc. <br><br> Defendant(s). | Case No: 18cv6924-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Robert Rouder, an active member in good standing of the bar of Western District of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Alfasigma USA, Inc. in the above-entitled action. My local co-counsel in this case is Jeffrey B. Margulies, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Co-counsel's California State Bar Number is: 126002

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 98 San Jacinto Blvd., Suite 1100 <br> Austin, Texas 78701-4255 | 555 South Flower Street, Forty-First Floor <br> Los Angeles, California 90071 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (512) 536-2491 | (213) 892-9200 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| robert.rouder@nortonrosefulbright.com | jeff.margulies@nortonrosefulbright.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24037400.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/03/2019

Robert Rouder
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Robert Rouder is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/5/2019

Haywood S. Gill Jr.
UNITED STATES DISTRICT JUDGE *October 2019*

*PRO HAC VICE* APPLICATION & ORDER

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

I, JEANNETTE J. CLACK, Clerk of the United States District Court, Western District of Texas, DO HEREBY CERTIFY that ROBERT L. ROUDER, Bar #24037400, was duly admitted to practice in said Court on June 17, 2010, and is in good standing as a member of the bar of said Court.

Signed at San Antonio, Texas on December 2, 2019.

JEANNETTE J. CLACK, Clerk

BY: _Jenisita Ann Rodriguez_

