UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALFASIGMA USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST DATABANK, INC., a Missouri corporation,<br><br>Defendant. | Case No. 4:18-cv-06924-HSG<br><br>**ORDER DENYING ADMINISTRATIVE MOTION FOR CASE MANAGEMENT CONFERENCE** |

Before the Court is an administrative motion, pursuant to Local Rule 7-11, to set a Case Management Conference.

Having considered the papers submitted in support of and in opposition to the motion, and the arguments of counsel, the Court hereby **SETS** the Case Management Conference for 2:00 p.m. on _____, 2020 in Courtroom 2, Fourth Floor, Oakland, to discuss a schedule for discovery and an expeditious resolution to this case.

IT IS SO ORDERED.

Dated: March 10, 2020

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

DENIED
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.