UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALFASIGMA USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST DATABANK, INC., a Missouri corporation,<br><br>Defendant. | Case No. 4:18-cv-06924-HSG<br><br>District Judge Haywood S. Gilliam, Jr.<br><br>**ORDER ON STIPULATION EXTENDING TIME FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT**<br><br>Complaint Filed:    November 15, 2018<br>Am. Compl. Filed:  August 29, 2019<br><br>Case Mgmt. Conf.:   April 6, 2021<br>                    2:00 p.m. |

Before the Court is a Stipulation Extending Time for Plaintiff to File a Second Amended Complaint, pursuant to Local Rule 6-2(a), extending time for Plaintiff to file a second amended complaint from the current deadline of March 26, 2021 to April 20, 2021.

Having considered the papers submitted in support of the stipulation, the Court hereby extends the time for Plaintiff to file a second amended complaint up to and include April 21, 2021.

Dated:     3/17/2021

Honorable Hayy qqd S. Gilliam, Jr.
United States District Judge