UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALFASIGMA USA, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FIRST DATABANK, INC., a Missouri corporation, <br><br> Defendant. | Case No. 4:18-cv-06924-HSG <br><br> District Judge Haywood S. Gilliam, Jr. <br><br> **ORDER ON STIPULATION FOR BRIEFING SCHEDULE** <br><br> Complaint Filed:    Nov. 15, 2018 <br> Am. Compl. Filed:    Aug. 29, 2019 |

Before the Court is a Stipulation for Briefing Schedule related to Plaintiff Alfasigma USA, Inc.'s second amended complaint and motion for leave to file a third amended complaint.

Having considered the papers submitted in support of the stipulation the Court hereby ORDERS the following briefing schedule:

1.    Plaintiff's second amended complaint shall be filed up to and including April 28, 2021.

2.    Defendant's motion to dismiss (and strike) the second amended complaint is due within thirty (30) days of the filing of the second amended complaint, up to and including May 28, 2021.

3.    Plaintiff's response to Defendant's motion to dismiss (and strike) the second amended complaint is due within thirty (30) days of the filing of the motion to dismiss (and

strike), up to and including June 28, 2021.

     4.     Defendant's reply in support of its motion to dismiss (and strike) the second amended complaint is due within fourteen (14) days of the filing of the response, up to and including July 12, 2021.

     5.     Plaintiff shall file its motion for leave to file a third amended complaint up to and including May 7, 2021.

     6.     Defendant's response to the motion for leave is due within thirty (30)  days of the motion, up to and including June 7, 2021.

     7.     Plaintiff's reply in support of the motion for leave is due within fourteen (14) days of Defendant's response, up to and including June 21, 2021.

Date: _____4/13/2021_____

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge